UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK
-------------------------------------------------------X    2015 CV 4806

MALIBU MEDIA, LLC.,
           Plaintiff,

      v.                                                                **DECLARATION IN SUPPORT OF**
                                                                                 **MOTION TO QUASH**

JOHN DOE subscriber assigned IP
Address 69121.101.160,
           Defendant.

-------------------------------------------------------X

JOHN DOE, subscriber assigned IP address 69121.101.160, defendant in the above referenced matter declares the following under penalty of perjury:

      1.      I received a notice from Cablevision concerning possible disclosure of my personal information on either September 29, 2015 or September 30, 2015.  An order by this Court was enclosed with the letter.

      2.      While the letter advises that I am the subscriber assigned a certain IP address, I have no way of knowing whether or not that is accurate.

      3.      As a result of receiving this letter, I contacted my attorney to understand what was going on.  I have never been served with a summons or complaint and simply received this notice from Cablevision.  This letter caused me extreme distress and embarrassment.

      4.      I did not download and have never downloaded the pornographic films.

      5.      I ask that this court deny plaintiff's request for my information because plaintiff has failed to show good cause for this request.  I am an innocent defendant being dragged into litigation and would ask that before my personal information is released, that the plaintiff be required to provide more specific information supporting its claim.

      6.  I understand that I am one of a multitude of John Does being sued in this Court and in courts around the country.  Surely, at the very least, before my personal information is released

to purveyors of pornography, Plaintiff should be required to establish the specific facts in support of its complaint against me.

       7.      In the event that this Court grants plaintiff's motion, I request that I be able to defend this case anonymously and that this Court impose further and additional safeguards to protect my rights as an innocent defendant.

Dated:  Smithtown, New York
       November 5, 2015

                                          _____/S/_____
                                          JOHN DOE, subscriber allegedly
                                          Assigned IP address 69.121.101.160